**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carl Jerome SINGLETON, a/k/a Ronald Keith Stuart, a/k/a Wallace Owens, Defendant–Appellant.**

**No. 09–6791.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 15, 2009.

Carl Jerome Singleton, Appellant Pro Se.

Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Jerome Singleton appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Singleton,* No. 2:90–cr00015–JAB–1 (M.D.N.C. Apr. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*